**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6977**

JAVON STEPHENSON,

Plaintiff – Appellant,

v.

GARY DAVENPORT, Corporal; PAUL BRANNON, Deputy; MS. PURDIE,
Health Department Administrator,

Defendants – Appellees,

and

Z. DIGGS, Classification Department Deputy; KATHY VARGAS,
Lieutenant; SGT. GREER, ranking officer in the Personnel
and Standards Office; ABDUL JAMALUDEEN, Doctor; KEN STOLLE,
Sheriff; L. WILLIAMS, Grievance Department Deputy; SGT.
BENDILY, Virginia Beach Sheriff's Office Sgt.; D. MOORE,
Sgt.; CORPORAL WINN, in supervisory charge of Defendant
Wilson; CORPORAL BEAVERS, D-Team Officer; SGT. BISHOP, D-
Team officer; JESSICA WILSON, facility law librarian; THE
CITY OF VIRGINIA BEACH, Municipality,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis, III, Senior
District Judge. (1:14-cv-00266-TSE-IDD)

Submitted: January 5, 2017      Decided: January 12, 2017

Before WILKINSON, NIEMEYER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

Javon Stephenson, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javon Stephenson appeals the district court's order granting defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stephenson v. Davenport, No. 1:14-cv-00266-TSE-IDD (E.D. Va. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3